FILED
JAN 26 2018
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| V. ) | CAUSE NO. 3:18-cr-5  RLY-MPB |
| MICHAEL GROSS, ) | |
| Defendant. ) | |

## INDICTMENT

### Count 1

[18 U.S.C. § 922(g)(3)- Prohibited Person in Possession of a Firearm]

The Grand Jury charges that:

On or about June 15, 2017, in Warrick County, in the Southern District of Indiana, MICHAEL GROSS, defendant herein, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in commerce and affecting commerce firearms, to wit: one Cal Jimenez .22 caliber pistol bearing serial number 1325223; one Sig Sauer P938 9mm pistol bearing serial number 52B172157; one Sig Sauer SP2022 .40 caliber pistol, bearing serial number 24B259331; one Colt .45 caliber pistol bearing serial number SN20138E; and one Mossberg 500 shotgun.

All of which is in violation of Title 18, United States Code, Section 922(g)(3).

### FORFEITURE

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States

Code, Section 5872, and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to, the following firearms:

- A. Cal Jimenez .22 caliber pistol bearing serial number 1325223;
- B. Sig Sauer P938 9mm pistol bearing serial number 52B172157;
- C. Sig Sauer SP2022 .40 caliber pistol, bearing serial number 24B259331;
- D. Colt .45 caliber pistol bearing serial number SN20138E;
- E. Mossberg 500 shotgun; and
- F. All ammunition located with the firearms.

4. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

- A. cannot be located upon the exercise of due diligence;
- B. has been transferred or sold to, or deposited with, a third party;
- C. has been placed beyond the jurisdiction of the court;

    D.    has been substantially diminished in value; or

    E.    has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

_____
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Pamela S. Domash
Assistant United States Attorney