AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
JAN 30 2018
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:18-cr-5-RLY-MPB |
| MICHAEL GROSS, | ) | |
| Defendant | ) | |

RECEIVED
2018 JAN 29 AM 10:33
U.S. MARSHALS SERVICE
SOUTHERN DISTRICT
INDPLS., INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL GROSS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Prohibited Person in Possession of a Firearm in Violation of 18 U.S.C. 922(g)(3).

Date: 1/26/18

*Issuing officer's signature*

City and state:   Evansville, Indiana

LAURA A. BRIGGS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 1/29/18, and the person was arrested on *(date)* 1/30/18
at *(city and state)* Evansville, Indiana.

Date: 1/30/18

*Arresting officer's signature*

Christopher M. Baldelli
*Printed name and title*