UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cr-00005-RLY-MPB |
| | ) | *SEALED* |
| | ) | |
| MICHAEL GROSS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

Entry for February 1, 2018

Before The Hon. Matthew P. Brookman, Magistrate Judge

    This matter is before the Court for an Initial Appearance on a Sealed Indictment filed January 26, 2018.

    The government appears by AUSA Pamela Domash.  Defendant appears in person and by retained Counsel, Barry Blackard. The United States Probation Office is represented by Greg Coomes.

    The defendant waives formal reading of the Indictment in open court and waives formal arraignment.  The Court advises the defendant of his rights, charges and possible penalties.

    Rule 16 disclosures are due March 1, 2018.

    By agreement, the parties request release of the pretrial services report, and there being no cause, the Court grants the request.

    The government moves to unseal the case, there being no objection, the Court grants the motion.

    The government also moves for detention and a Detention Hearing is set for Wednesday, February 7, 2018 at 4:00 p.m. in courtroom #301.

    A Jury Trial is set for April 9, 2018 at 9:00 a.m. before Honorable Judge Richard Young.

    The defendant is remanded to the custody of the U.S. Marshal. Court is adjourned.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Pam Domash
Barry Blackard
United States Marshal – paper copy
United States Probation Office