UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cr-00005-RLY-MPB |
| | ) | |
| MICHAEL GROSS, | ) -01 | |
| | ) | |
| Defendant. | ) | |

Entry for February 7, 2018

Before the Hon. Matthew P. Brookman, Magistrate Judge

This matter is before the Court for a Detention Hearing.

The government appears by AUSA Pam Domash. The defendant appears in person and with Retained Counsel Barry Blackard. The United States Probation Office is represented by Zack Marlin.

The Court takes notice of the Pretrial Services Report, as amended at the request of the Defendant, and the Indictment returned in this matter. ATF Special Agent Sean Chapman is called as a witness for the government. Arguments are made by both parties. The Court Orders the defendant detained pending trial. A separate detention order to be entered.

The defendant is remanded to the custody of the U.S. Marshal. Court is adjourned.

Distribution:

Pam Domash
Barry Blackard
US Probation
US Marshal

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana