UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cr-00005-RLY-MPB |
| | ) | |
| MICHAEL GROSS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

Courtroom Minutes for June 28, 2018

Before the Hon. Richard L. Young, Judge

 Comes now the government by AUSA Pam Domash, the defendant appears in person and by counsel Barry Blackard, and the U.S. Probation is represented by Lisa Hunt, for the change of plea and sentencing of the defendant.

 The court determines the defendant is not under the influence of alcohol or drugs.

 The court reads the Indictment and advises the defendant of his rights and the maximum and minimum penalties.

 The court reads the plea agreement and the parties agree with the terms as stated by the court.

 The parties submit a stipulated factual basis for the plea. The defendant pleads guilty. The court finds the defendant fully competent and capable of entering an informed plea and now adjudges the defendant guilty.

 The parties advise the court there are no matters in dispute regarding the presentence report.

 The parties address the court regarding sentencing.

 The court now sentences the defendant.

 The defendant is remanded to the custody of the U.S. Marshal.

All counsel of Record
U.S. Probation
U.S. Marshal